In the Matter of the Claim of MARY PALMER. FRIEDA S. MILLER, as Industrial Commissioner of the State of New York, Appellant; EDWARD P. MULLIN, Respondent. In the Matter of the Claim of MICHAEL DEL BUONO. FRIEDA S. MILLER, as Industrial Commissioner of the State of New York, Appellant; MICHAEL H. GORNSTON, Respondent.

Submitted April 10, 1940; decided April 26, 1940.

John J. Bennett, Jr., Attorney-General (*W. Gerard Ryan, Francis R. Curran* and *Henry Epstein* of counsel), for appellant.

*William F. Cassin* for respondents.

In each proceeding: Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.